IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**TERRY WEAVER,**

    Petitioner,

vs.                                     Case No. 4:05cv367-WS/WCS

**FLORIDA PAROLE COMMISSION
and JAMES V. CROSBY,**

    Respondent.

_____/


## ORDER TO SHOW CAUSE ON § 2254 PETITION

    This cause is before the court on a 28 U.S.C. § 2254 petition for writ of habeas and application to proceed in forma pauperis. Docs. 1 and 2. Petitioner also filed a motion for order of insolvency, asking that Leon County bear all costs. Doc. 3. There is no apparent reason the county should have to pay costs in this case. Further, as leave to proceed in forma pauperis will be granted, the insolvency motion is moot.

    The court has reviewed the § 2254 petition and Respondent[1] will now be required to file an answer addressing the allegations in the petition. § 2254 Rule 5(a). "In

---

[1] Petitioner names the Parole Commission and the Secretary of the Department of Corrections as Respondents. Service of the petition will be made on both, though only one answer to the petition need be filed.

addition, it must state whether any claim in the petition *is* barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations." *Id.* (emphasis added). Conversely, there is no reason to argue the facts or law relevant to whether a claim is barred if Respondent concedes that the claim *is not* barred in this case.[2] Respondent shall include references to the record (included with the answer pursuant to § 2254 Rule 5(d)) and citations to *directly relevant* legal authority, and shall omit generic or "boiler plate" legal language.

If a procedural argument not going to the merits is raised, Respondent may await a ruling on that defense before filing an answer on the merits.

Petitioner may file a reply to Respondent's arguments within the time set by this order, but is not required to do so. § 2254 Rule 5(e). The court will review the record after the answer and Petitioner's reply (if any) are filed. If it does not appear that a hearing or additional argument is warranted, then the undersigned will enter a report and recommendation for disposition of the § 2254 petition; if a hearing is warranted, counsel will be appointed. § 2254 Rule 8.

Accordingly, it is **ORDERED:**

1. Leave to proceed in forma pauperis (doc. 2) is **GRANTED**, and the motion for order of insolvency (doc. 3) is **MOOT**.

2. The clerk shall furnish by certified mail a copy of doc. 1, along with this order, to Respondents Parole Commission and Crosby, and the Attorney General of the State of Florida.

---

[2] It is noted that Respondent may respond to the merits without waiving the exhaustion requirement. *See* § 2254(b)(2) and § 2254(b)(3).

Case No. 4:05cv367-WS/WCS

3.  Respondents shall file an answer or other pleading on or before **December 27, 2005.**  If voluminous exhibits or records (such as transcripts) are submitted in support of the answer, **paper copies shall be provided to the court**.

4.  Petitioner shall have until **January 27, 2006**, to file a reply, if desired.

**DONE AND ORDERED** on October 27, 2005.

     S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**