IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRY WEAVER,

    Petitioner,

v.                                                                        4:05cv367-WS

THE FLORIDA PAROLE
COMMISSION and JAMES
McDONOUGH,

    Respondents.

_____

## ORDER DISMISSING PETITIONER'S
## PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed August 8, 2006. See Doc. 13. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed with prejudice. The petitioner has filed objections (doc. 15) to the report and recommendation.

Having carefully considered the report and recommendation in light of the petitioner's objections thereto, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The defendants' motions to dismiss (docs. 7 & 8) are hereby GRANTED.

3.  Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED with prejudice.

2.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   13th   day of   September  ,2006.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:05cv367-WS